
RECEIVED
DC, WESTERN DISTRICT OF
TONY R. MOORE, CLERK
8  4  15  yt

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANDREW GROSS,                          CIVIL ACTION
          Petitioner                   SECTION "P"
                                       NO. 1:15-CV-01869
VERSUS

MICHAEL D. CARVAJAL,                   JUDGE DEE D. DRELL
          Respondent                   MAGISTRATE JUDGE JAMES D. KIRK

                        MEMORANDUM ORDER

     Andrew Gross filed a Section 2241 habeas petition, attacking

the  Bureau  of  Prison's  calculation  of  his  sentence  and

challenging his place of incarceration, in this court on June 10,

2015,  when  he  was  incarcerated  in  USP-Pollock  in  Pollock,

Louisiana (Doc. 1).  Gross was subsequently transferred to USP-

Canaan in Waymart, Pennsylvania and filed a motion to have his

petition transferred to the United States District Court for the

Middle District of Pennsylvania, Scranton Division (Doc. 5).

     Jurisdiction  over  a  Section  2241  petition  lies  in  the

district where the petitioner is incarcerated.  <u>Lee v. Wetzel</u>,

244 F.3d 370, 373 (5th Cir. 2001).  *Accordingly*,

     IT  IS  ORDERED  that  Gross'  Section  2241  petition  be

transferred to the United States District Court for the Middle

District of Pennsylvania, Scranton Division.

     THUS DONE AND SIGNED in Alexandria, Louisiana, on this ____

day of August 2015.

                                   _____
                                        JAMES D. KIRK
                                   UNITED STATES MAGISTRATE JUDGE