IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW GROSS, III,** | : | **CIVIL NO. 1:15-CV-1529** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **WARDEN, USP CANAAN,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 15th day of December, 2015, upon consideration of petitioner's motion (Doc. 19) to amend and supplement the petition for writ of habeas corpus, and upon further consideration of the proposed supplemental habeas petition (Doc. 20), it is hereby ORDERED that:

1. Petitioner's motion (Doc. 19) to amend and supplement the petition for writ of habeas corpus is GRANTED.

2. The proposed supplemental habeas petition (Doc. 20) is accepted as filed and shall constitute the petition for writ of habeas corpus in this matter.

3. Respondent's second motion (Doc. 21) for an extension of time to file a response to the habeas petition is GRANTED.

    a.    Respondent shall file an answer to the petition for writ of habeas corpus (Doc. 20), and a memorandum of law, on or before December 31, 2015.  See R. GOVERNING § 2254 CASES R. 1(b), 5(b)-(d) (explaining required contents of answer and supporting materials).

    b.    Petitioner may, if he so chooses, file a reply to the answer within fourteen (14) days of the date on which the answer is filed.  See R. GOVERNING § 2254 CASES R.1(b), 5 (e).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania