# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ANDREW GROSS, III, | : | CIVIL NO. 1:15-CV-1529 |
| --- | --- | --- |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| WARDEN, USP CANAAN, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 24th day of January, 2018, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's claims challenging the computation of his consecutive sentences and his claim that he is eligible to serve his sentence in an RRC are DISMISSED as an abuse of writ.

2. Petitioner's claims requesting placement in an RRC and reinstatement of good conduct time are DISMISSED for failure to exhaust administrative remedies.

3. Petitioner's claims challenging his sentence computation and the computation of his good conduct time are DENIED.

4. Petitioner's challenge to his RRC placement is DISMISSED without prejudice.

5. Petitioner's challenge to the BOP's policy concerning RRC placements is DENIED.

6. The claims concerning petitioner's custody classification score and access to email privileges are DISMISSED without prejudice.

7. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania